## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**CENTURION SYSTEMS, LLC,**
**a (revoked) New Mexico Limited**
**Liability Company, As Successor**
**Trustee Under the 6280 30th Avenue**
**North Land Trust,**

      **Plaintiff,**

**v.**                          **Case No. 8:21-cv-726-SDM-AAS**

**THE BANK OF NEW YORK MELON,**
**as Successor Trustee to JP Morgan**
**Chase Bank, National Association,**
**not Individually but Solely as Trustee**
**for Bear Stearns Alt-A Trust 2005-8,**
**Mortgage Pass-Through Certificate**
**Series 2005-8,**

      **Defendant.**
_____/

## <u>ORDER</u>

Under 28 U.S.C. § 455, a judge must disqualify herself in any proceeding in which her impartiality might reasonably be questioned or if the judge has personal knowledge of disputed evidentiary facts concerning the proceeding. 28 U.S.C. § 455(a) & (b)(1). When proper grounds exist, a judge has an affirmative and self-enforcing obligation to recuse herself *sua sponte*. *United States v. Kelly*, 888 F.2d 732, 744 (11th Cir. 1989). Today, I presided over a

1

settlement conference for this case. (Doc. 62). During the settlement conference, at which the parties reached an impasse, I became privy to certain confidential information. Consequently, recusal is warranted.  The Clerk is directed to reassign this case to another magistrate judge by random draw and provide notice to the parties of the new magistrate judge.

  **ORDERED** in Tampa, Florida on November 9, 2021.

AMANDA ARNOLD SANSONE
United States Magistrate Judge